**Elio BALDINI, et al.**

v.

**Thomas G. FIORICA et al.**

Supreme Judicial Court of Maine.

Argued May 10, 1985.

Decided May 24, 1985.

---

---

Ralph A. Dyer (orally), Portland, for plaintiffs.

Pierce, Atwood, Scribner, Allen, Smith & Lancaster by Lawrence S. Delaney (orally), Jeffrey White, Louise Thomas, Bruce Coggeshall, Portland, for Thomas G. Fiorica, et al.

Richardson, Tyler & Troubh John S. Whitman (orally), Portland, for Great Bay.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Alleging fraud and breach of contract in connection with the sale of the principal asset of a closely-held corporation, the plaintiffs sought approval of attachments and trustee process against property of the defendants. M.R.Civ.P. 4A, 4B. The Superior Court, Cumberland County, denied the motion. We review only for clear error or the abuse of discretion, *DiPietro v. Casco Northern Bank*, 490 A.2d 215, 218 (Me., 1985); *Bowman v. Dussault*, 425 A.2d 1325, 1328 (Me.1981), and we find none here.

The entry is:

Judgment affirmed.

All concurring.